UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------------- X
                                                        :

UNITED STATES OF AMERICA,          :      24 Cr. 283 (GS)

       - against –                           :      <u>ORDER</u>

NENA HUNTLEY

                Defendant.
---------------------------------------------------------------------------------- X

**GARY STEIN, United States Magistrate Judge:**

       The government is hereby requested to provide to the Court in advance of sentencing a chart with the information concerning sentencings of defendants in other similar NYCHA cases as described at the conference in United States v. Wright, 24 Cr. 420 (PAE), Dkt. No. 23 at page 29.

       **SO ORDERED.**

DATED:   New York, New York
                September 10, 2024

                                                                             _____
                                                                             The Honorable Gary Stein
                                                                             United States Magistrate Judge